UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
RAUL FIGUEROA OCAMPO,

                            Petitioner,

                - against –

KRISTI NOEM, Secretary of Homeland Security;
JUDITH ALMODOVAR, Acting Field Office
Director, New York Field Office, U.S.
Immigration & Customs Enforcement;
PAMELA BONDI, Attorney General of the
United States; and RAUL MALDONADO,
Warden of the Metropolitan Detention Center,

                          Respondents.
------------------------------------------------------------ X

JUDGMENT
26-CV-0999 (PKC)

        A Memorandum and Order of Honorable Pamela K. Chen, United States District Judge,

having been filed on March 3, 2026, granting the petition for a writ of habeas corpus; it is

        ORDERED and ADJUDGED that the petition for a writ of habeas corpus is granted;

Respondents are directed to release Petitioner from custody immediately and no later than within

24 hours of this Order; Respondents are further directed to return to Petitioner any and all funds

or property seized from Petitioner at the time of his arrest; Respondents are directed to certify

compliance with the Court's Order by filing a letter on the docket no later than 6:00 p.m.

tomorrow, March 4, 2026; Respondents may not administratively recharacterize the release

granted by this Order as grounds to impose conditions or re-impose existing conditions in

conjunction with release (including release on recognizance or similar instruments), without

prior notice to and authorization from the Court, or absent a new and independently lawful

custody decision properly executed under the law; and Petitioner must not be re-detained by

Respondents without notice and an opportunity to be heard at a pre-deprivation bond hearing

1

before a neutral decisionmaker, at which Respondents will have the burden of showing that

Petitioner's re-detention is authorized under Section 1226(a).

Dated: Brooklyn, New York            Approved by:    s/Hon. Pamela K. Chen
   March 3, 2026          PAMELA K. CHEN
                 United States District Judge


Dated: Brooklyn, New York
   March 3, 2026     Approved by:    _____
                 BRENNA B. MAHONEY
                 Clerk of Court

2